IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WACHOVIA BANK NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:06cv939-MHT (WO) |
| McDAVID FLOWERS, individually, and McDAVID FLOWERS, in his capacity as Trustee of certain trusts for the benefit of his children, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 12), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The stay entered on June 6, 2007 (Doc. No. 11) is dissolved.

(2) This cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of November, 2007.


　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**